IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AYINDE KHALIO WILLIAMS, § <br> (TDCJ #02359971) § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> ERIC GUERRERO, § <br> § <br> Respondent. § | CIVIL ACTION NO. 4:23-cv-926 |

# FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this case is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on March 26, 2025.



_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE